# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1347**
**CAF 11-01696**
PRESENT: CENTRA, J.P., FAHEY, SCONIERS, VALENTINO, AND MARTOCHE, JJ.

---

IN THE MATTER OF THE ADOPTION OF JORDAN.

-------------------------------------------------

TERESA J., PETITIONER-RESPONDENT;

                                                                ORDER

TANYA H., RESPONDENT-APPELLANT.

-------------------------------------------------

IN THE MATTER OF TANYA H., PETITIONER-APPELLANT,

                          V

TERESA J., RESPONDENT-RESPONDENT.

---

CARA A. WALDMAN, FAIRPORT, FOR RESPONDENT-APPELLANT AND PETITIONER-APPELLANT.

SCHELL & SCHELL, P.C., FAIRPORT (GEORGE A. SCHELL OF COUNSEL), FOR PETITIONER-RESPONDENT AND RESPONDENT-RESPONDENT.

JOSEPH S. DRESSNER, ATTORNEY FOR THE CHILD, CANANDAIGUA, FOR JORDAN.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered July 28, 2011 in an adoption proceeding. The order, inter alia, dispensed with the consent of Tanya H. to the adoption of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 21, 2012                    Frances E. Cafarell
                                               Clerk of the Court